# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| THE ALIERA COMPANIES INC. | ) | CASE NO. 21-11548-JTD (Involuntary) |
| d/b/a Aliera Healthcare, Inc., | ) | |
| | ) | **Related to D.I. 69** |
| Alleged Debtor. | ) | |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| THE ALIERA COMPANIES INC. | ) | CASE NO. 22-10125-JTD (Voluntary) |
| d/b/a Aliera Healthcare, Inc., | ) | |
| | ) | **Related to D.I. 25** |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ADVEVO LLC, | ) | CASE NO. 22-10124-JTD |
| | ) | |
| Debtor. | ) | **Related to D.I. 18** |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ENSURIAN AGENCY LLC, | ) | CASE NO. 22-10123-JTD |
| | ) | |
| Debtor. | ) | **Related to D.I. 18** |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TACTIC EDGE SOLUTIONS LLC, | ) | CASE NO. 22-10122-JTD |
| | ) | |
| Debtor. | ) | **Related to D.I. 18** |
| | ) | |

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| USA BENEFITS & ADMINISTRATORS LLC, ) ) | CASE NO. 22-10121-JTD |
| ) | **Related to D.I. 18** |
| Debtor. ) | |
| ) | |

# ORDER CONSOLIDATING CASES AND PROVIDING FOR JOINT ADMINISTRATION

On the motion of The Aliera Companies Inc. d/b/a Aliera Healthcare, Inc. ("**Aliera**") and each of the other debtors captioned above (together with Aliera, the "**Debtors**") for an order consolidating the two cases involving Aliera, and providing for joint administration of surviving Aliera case with all of the other Debtors' cases (the "**Motion**");[1] and it appearing that (a) this Court has jurisdiction of both this case and this proceeding, (b) this proceeding is a core proceeding arising in a case under the Bankruptcy Code, (c) this Court has statutory authority to hear and determine this proceeding, (c) this Court has constitutional authority to enter a final order or judgment in this proceeding, (d) venue of both this case and this proceeding in this district is proper, and (e) there is sufficient cause for the Court to consolidate the two Aliera cases and order joint administration of all of the cases;

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is GRANTED as set forth in this Order.

2. Case No. 21-11548-JTD (the "**Surviving Case**") and Case No. 22-10125-JTD (the "**Later Case**") are hereby consolidated pursuant to Fed. R. Bankr. P. 1015(a), with Case No. 21-11548-JTD being the surviving case number. This Order shall also constitute an Order for Relief in the Surviving Case pursuant to 11 U.S.C. § 303(h).

---

[1] Capitalized terms that are not defined in this Order have the meanings that were given to those terms in the Motion.

3. The Clerk is directed to file all pleadings, notices, orders, other papers, and proofs of claim that were filed in the Later Case in the Surviving Case, and the Later Case shall thereafter be closed.

4. Pursuant to Fed. R. Bankr. P. 1015(b), given that the Debtors are all affiliates, the Surviving Case and the other cases captioned above (other than the Later Case) shall be jointly administered by the Court such that a single docket is utilized for matters relating to the administration of the estates.

5. The style of the jointly administered case shall be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| THE ALIERA COMPANIES INC. ) | CASE NO. 21-11548-JTD |
| d/b/a Aliera Healthcare, Inc., et al., ) | |
| ) | |
| Debtor. ) | |
| ) | |

6. All pleadings, notices, orders or other papers, ***other than*** proofs of claim, for any of the Debtors be filed in a single original and entered on a single docket, under the case number assigned for the Surviving Case.  Separate files shall be maintained for proofs of claim.

7. All docket entries in these cases shall be made in the Surviving Case.  The Clerk is directed to make a docket entry in each of the other Debtors' cases, substantially as follows:

> An order has been entered in this case jointly administering this case with the bankruptcy case of The Aliera Companies Inc., Case No. 21-11548-JTD, for procedural purposes only.  The docket in Case No. Case No. 21-11548-JTD should be consulted for all matters affecting this case.

8. The Debtors have not requested substantive consolidation, and these cases are not being substantively consolidated at this time.

9. Notwithstanding any provision of the Bankruptcy Code or the Bankruptcy Rules to the contrary, this Order will become effective immediately on its entry.

10. The Court retains jurisdiction of, and may hear and determine, any matter arising from or relating to the interpretation, implementation, or enforcement of this Order.

**Dated: February 16th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

{00230445-1}                                    - 4 -